PETER J. BENVENUTTI (CA Bar No. 60566 – *admitted Pro Hac Vice*)
JANE KIM (CA Bar No. 298192 – *admitted Pro Hac Vice*)
DARA L. SILVEIRA (CA Bar No. 274923 – *admitted Pro Hac Vice*)
**KELLER & BENVENUTTI LLP**
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 364-6798
Facsimile: (415) 636-9251

JEFFREY L. HARTMAN (Bar No. 1607)
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Facsimile: (775) 324-1818

Attorneys for Debtor
NEW CAL-NEVA LODGE, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>NEW CAL-NEVA LODGE, LLC,<br><br>Debtor. | Case No. 16-51282-gwz<br>Chapter 11<br><br>**NOTICE OF BIDDING PROCEDURES, AUCTION DATE, AND TRANSACTION APPROVAL HEARING**<br><br>Hearing Date: February 21, 2017<br>Hearing Time: 2:00 p.m.<br><br>Auction Date: February 28, 2017<br>Auction Time: 10:00 a.m. |

**PLEASE TAKE NOTICE** that on December 2, 2016, New Cal-Neva Lodge, LLC, the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), filed the Motion for Orders (I)(A) Authorizing and Approving Bidding Procedures, (B) Approving Notice Procedures and Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases, and (C) Setting a Date for the Transaction Approval Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims,

Encumbrances and Interests or Financing Transaction and (B) the Assumption and Assignment of Certain Contracts (the "Motion")[1] (**Docket No. 205**). The Debtor seeks approval of, among other things, a sale of certain assets and assumption of certain liabilities of the Debtor to, or the financing transaction that maximizes value to the Debtor's estate with, a Successful Bidder or a Back-Up Bidder (in each event, the "Transaction").

**PLEASE TAKE FURTHER NOTICE** that, on January 6, 2017, the court entered an order (the "Bidding Procedures Order") (**Docket No. 256**) approving, among other things, the Bidding Procedures requested in the Motion, which set forth the key dates and times relating to the Transaction. All interested bidders should carefully read the Bidding Procedures Order and the Bidding Procedures. To the extent that there are any inconsistencies between the Bidding Procedures Order (including the Bidding Procedures) and the summary description of its terms and conditions contained in this Notice, the terms of the Bidding Procedures Order shall control.

**PLEASE TAKE FURTHER NOTICE** that a status conference and hearing will be held before the Honorable Judge Gregg W. Zive in the United States Bankruptcy Court for the District of Nevada, located in Reno, Nevada, at the C. Clifton Young Federal Building at 300 Booth Street (the "Courthouse"), on **February 21, 2017, at 2:00 p.m.** (the "Pre-Auction Hearing"), to approve the designation of Qualified Bids and the determination of the Starting Bid under the Bidding Procedures and to consider any other issues that any party asserts, or the Court determines, should be resolved prior to the Auction, including all issues relating to the conduct of the Auction, which may include procedural rules governing the Auction, the qualification of any Potential Bidders or bids, as well as any party's right to credit bid.

///

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bidding Procedures, the Auction is scheduled for **10:00 a.m. (PT) on February 28, 2017** ("Auction Hearing"), to be conducted under the supervision of the Honorable Judge Gregg W. Zive, at the Courthouse, which Auction may be cancelled or adjourned. Within twenty-four (24) hours following the conclusion of the Auction, the Debtor shall file a notice identifying the Successful Bidder(s) with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Debtor will file a motion (the "Transaction Approval Motion") that seeks entry of an order (the "Transaction Order") that is expected to provide, among other things, that, if the Transaction is a sale, any Successful Bidder(s) will have no responsibility for, and the Assets will be sold free and clear of, any successor liability, including the following: (a) any liability or other obligation of the Debtor's estate or related to the Assets other than as expressly set forth in the Transaction Order; or (b) any claims against the Debtor, its estate, or any of its predecessors or affiliates. Except as expressly provided in any Transaction Order, the Successful Bidder shall have no liability whatsoever with respect to the Debtor's estate's (or its predecessors' or affiliates') respective businesses or operations or any of the Debtor's estate's (or their predecessors' or affiliates') obligations based, in whole or part, directly or indirectly, on any theory of successor or vicarious liabilities of any kind or character, including, but not limited to, any theory of antitrust, environmental, successor or transferee liability, labor law, joint employer, de facto merger or substantial continuity, whether known or unknown as of the closing date, now existing or hereafter arising, whether asserted or unasserted, fixed or contingent, liquidated or unliquidated with respect to the Debtor or any obligations of the Debtor arising prior to the closing date, including, but not limited to, liabilities under any collective bargaining agreement or on account of any taxes arising, accruing or payable under, out of, in connection with, or in any way relating to the operation of any of the Assets prior to the

1  closing of the Transaction.

2  **PLEASE TAKE FURTHER NOTICE** that an evidentiary hearing to approve the Transaction (the "Transaction Approval Hearing") will be held before the Honorable Judge Gregg W. Zive at the Courthouse, following the conclusion of the Auction.  The Transaction Approval Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Transaction Approval Hearing.  **OBJECTIONS TO THE TRANSACTION MUST STATE THE LEGAL AND FACTUAL BASIS OF SUCH OBJECTION AND MAY BE ORALLY SUPPLEMENTED AT THE TRANSACTION APPROVAL HEARING.  ANY AND ALL WRITTEN OBJECTIONS TO THE TRANSACTION, AS WELL AS ALL WRITTEN OBJECTIONS AND RESPONSES, AND ALL SUPPORTING AUTHORITIES, THAT ANY PARTY WISHES TO HAVE HEARD AT THE PRE-AUCTION HEARING, MUST BE: (A) IN WRITING; (B) SIGNED BY COUNSEL OR ATTESTED TO BY THE OBJECTING OR RESPONDING PARTY; (C) IN CONFORMITY WITH THE BANKRUPTCY RULES AND THE LOCAL RULES; (D) FILED WITH THE COURT; AND (E) BE SERVED IN ACCORDANCE WITH THE LOCAL RULES SO AS TO BE RECEIVED ON OR BEFORE 5:00 P.M. (PREVAILING PACIFIC TIME) ON FEBRUARY 16, 2017 (THE "TRANSACTION OBJECTION DEADLINE"), PROVIDED, HOWEVER, THAT ANY OBJECTIONS OR RESPONSES SOLELY WITH RESPECT TO THE QUALIFICATION OF BIDS OR THE DETERMINATION OF THE STARTING BID MAY BE MADE AT THE PRE-AUCTION HEARING.**

A paper copy of any response should also be delivered to the Clerk's office identified as "Copy For Chambers" or some similar designation.

///

///

**PLEASE TAKE FURTHER NOTICE** that counterparties to contracts that may be assumed and assigned to the Successful Bidder will receive a separate notice regarding cure amounts and adequate assurance of future performance.

**PLEASE TAKE FURTHER NOTICE** that this Notice is subject to the full terms and conditions of the Motion, the Transaction Approval Motion, Bidding Procedures Order, and Bidding Procedures, which Bidding Procedures Order shall control in the event of any conflict. The Debtor encourages parties in interest to review such documents in their entirety. Any party that has not received a copy of the Motion or the Bidding Procedures Order that wishes to obtain a copy of the Motion or the Bidding Procedures Order, including all exhibits thereto, or that wishes to obtain a copy of the Transaction Approval Motion when it is filed, may make such a request in writing to Keller & Benvenutti LLP, Attn: Dara L. Silveira, Esq., 650 California Street, Suite 1900, San Francisco, CA 94108, or by e-mailing dsilveira@kellerbenvenutti.com.

Dated: January 9, 2017.

**HARTMAN & HARTMAN**

/S/ Jeffrey L. Hartman
JEFFREY L. HARTMAN

**KELLER & BENVENUTTI LLP**

*Attorneys for Debtor and Debtor-in-Possession*
*NEW CAL-NEVA LODGE, LLC*