NVB 9014(a) (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

NEW CAL–NEVA LODGE, LLC

                Debtor(s)

BK–16–51282–gwz
CHAPTER 11

NOTICE OF RESCHEDULED HEARING

Hearing Date:    5/3/17
Hearing Time:    02:00 PM

**NOTICE IS GIVEN** that a rescheduled Hearing will be held before a United States Bankruptcy Judge. Hearing information is as follows:

    Hearing Date:    5/3/17
    Hearing Time:    02:00 PM
    Hearing Location:    GWZ–Courtroom 1, Young Bldg.
                            300 Booth Street
                            Reno, NV 89509

**NOTICE IS FURTHER GIVEN** that the hearing relates to the following entry on docket:

    *389* – Motion for Relief from Stay Property: Cal Neva Lodge & Casino Fee Amount $181. with Proposed Order with Certificate of Service Filed by FRANK J. WRIGHT on behalf of HALL CA–NV, LLC (Attachments: # 1 Exhibit Proposed Order)(WRIGHT, FRANK)

    *427* – Motion to Dismiss Case with Certificate of Service Filed by U.S. TRUSTEE – RN – 11 11 (STROZZA (rl), NICHOLAS)

    *488* – [Proposed] First Amended Disclosure Statement [Proposed] First Amended Disclosure Statement Pursuant to Bankruptcy Code Section 1125 With Respect to The First Amended Joint Chapter 11 Plan of Reorganization for Cal Neva Lodge, LLC and New Cal–Neva Lodge, LLC Dated March 21, 2017 Filed by DAVID M. POITRAS on behalf of CAL NEVA LODGE, LLC (Attachments: # 1 Certificate of Service)(POITRAS, DAVID)

    *490* – Disclosure Statement Filed by JASON E. RIOS on behalf of LADERA DEVELOPMENT, LLC (RIOS, JASON)

    *505* – Creditors' First Amended Joint Disclosure Statement Filed by ALAN R SMITH on behalf of LESLIE P. BUSICK, PAUL JAMESON, DAVID MARRINER, CHARLES MUNNERLYN, JUDITH MUNNERLYN, ANTHONY ZABIT, D4S, LLC, PAUL PAYE, EVY PAYE (SMITH, ALAN) Modified on 3/29/2017 to Reflect Correct Party Filers (Lakas, WM).

This hearing is scheduled for the following reason:

    5/2/17 @ 10a.m. settings moved to Wed. 5/3/17 @ 2p.m. pursuant to the Court's instructions.

The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 4/24/17

*Mary A Schott*

Mary A. Schott
Clerk of Court