LOUIS M. BUBALA III, ESQ.
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, NV 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
e-mail: lbubala@kcnvlaw.com

JASON E. RIOS, State Bar No. 190086 (*pro hac vice*)
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
e-mail: jrios@ffwplaw.com

Attorneys for Ladera Development, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NEW CAL-NEVA LODGE, LLC,<br><br>Debtor. | CASE NO.: 16-51282-gwz<br>Chapter 11<br><br>**NOTICE OF HEARING ON LADERA DEVELOPMENT, LLC'S MOTION TO PERMIT CREDIT BIDDING**<br><br>Hearing Date:   September 14, 2017<br>Hearing Time:   9:00 a.m. |

**TO ALL INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN** that a pursuant to the Order Approving the Committee of Unsecured Creditors of New Cal-Neva Lodge, LLC and Lawrence Investments, LLCs' Disclosure Statement, Setting Dates for Ballot solicitation, and Confirmation ("Order") [Dkt. No. 809] filed on August 21, 2017, Ladera Development, LLC ("Ladera"), a secured creditor and party in interest, filed its Motion to Permit Credit Bidding ("Motion") in connection with the confirmation of the First Amended Plan of Liquidation for New Cal-Neva Lodge, LLC Jointly Proposed by Lawrence Investments, LLC and the Official Committee of Unsecured Creditors Dated August 16, 2017 (the "Plan") [Dkt. No. 803] on September 6, 2017.  Pursuant to the Order,

a hearing on the Motion will be conducted on **September 14, 2017, at 9:00 a.m.**, in the United States Bankruptcy Court, in the Clifton Young Federal Building, 300 Booth Street, Bankruptcy Courtroom, Fifth Floor, Courtroom 1, Reno, Nevada.

      **NOTICE IS FURTHER GIVEN** that, pursuant to the Order, opposition to the Motion is not to exceed the (10) pages of points and authorities and shall be filed and served upon counsel for Ladera and others by **Wednesday, September 6, 2017**.

Dated: September 6, 2017

                           FELDERSTEIN FITZGERALD
                           WILLOUGHBY & PASCUZZI LLP

                           By: */s/ Jason E. Rios*
                                JASON E. RIOS
                                Attorneys for Ladera Development, LLC