DAVID M. POITRAS P.C. (CA Bar No. 141309 – *admitted pro hac vice*)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile:  (310) 203-0567
Email:    dpoitras@jmbm.com

JEFFREY L. HARTMAN (Bar No. 1607)
HARTMAN & HARTMAN
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Facsimile:  (775) 324-1818
Email:    notices@bankruptcyreno.com

Attorneys for Cal Neva Lodge, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>NEW CAL-NEVA LODGE, LLC,<br><br>    Debtor. | Case No. 3:16-bk-51282-gwz<br><br>Chapter 11<br><br>*AMENDED* NOTICE OF HEARING ON CAL NEVA LODGE, LLC'S MOTION FOR ORDER OF SUBSTANTIVE CONSOLIDATION<br><br>**Hearing Date:  September 14, 2017**<br>**Hearing Time:  9:00 a.m.** |

**NOTICE IS HEREBY GIVEN** that the hearing on the Motion for Order of Substantive Consolidation filed by Cal Neva Lodge, LLC [DE 842] will take place on September 14, 2017 at **9:00 a.m.** [not 10:00 a.m. as previously noticed], which hearing will take place before the Honorable Gregg W. Zive, United States Bankruptcy Judge, at the C. Clifton Young Federal Building, located at 300 Booth Street, Fifth Floor, Courtroom 1, Reno, Nevada.

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATED: September 7, 2017 | **JEFFER MANGELS BUTLER & MITCHELL LLP** |
|   | By:   /s/ *David M. Poitras*   <br>    DAVID M. POITRAS P.C. *(admitted pro hac vice)* |
|   | - and – |
|   | **HARTMAN & HARTMAN**<br>JEFFREY L. HARTMAN |
|   | Attorneys for Cal Neva Lodge, LLC |

**CERTIFICATE OF SERVICE**

I certify that I am an employee of Jeffer Mangels Butler & Mitchell LLP, and that on September 7, 2017, I caused to be served the following document: ***AMENDED* NOTICE OF HEARING ON CAL NEVA LODGE, LLC'S MOTION FOR ORDER OF SUBSTANTIVE CONSOLIATION** by the following means to the persons listed below:

☐ (BY MAIL) On _____, true and correct copies of the aforementioned documents were deposited, in a sealed envelope with postage thereon fully prepaid, with the U.S. Postal Service on that same day to be mailed via First Class Mail at Los Angeles, California, to all parties entitled to receive regularly mailed notices, addressed as follows:  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.

☒ (VIA ECF System) on September 7, 2017, to:

- **MATTHEW C. ADDISON**    maddison@mcdonaldcarano.com, nhoy@mcdonaldcarano.com
- **NATHAN J. AMAN**    naman@renonvlaw.com, aschroeder@renonvlaw.com;jgammon@renonvlaw.com
- **SALLIE B ARMSTRONG**    sarmstrong@mcdonaldcarano.com, nhoy@mcdonaldcarano.com
- **WILLIAM A BAKER**    wbaker@wbrl.net, dvollmer@wbrl.net;pstevens@wbrl.net
- **PETER J. BENVENUTTI**    pbenvenutti@kellerbenvenutti.com
- **JEFFERSON W. BOSWELL**    jboswell@peelbrimley.com, aarmstrong@peelbrimley.com;cdomina@peelbrimley.com
- **KELLY J. BRINKMAN**    kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com;jpatterson@gooldpatterson.com
- **LOUIS M. BUBALA**    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
- **SHIRLEY S. CHO**    scho@pszjlaw.com
- **THEODORE E CHRISSINGER**    tchrissinger@nevadalaw.com, service@nevadalaw.com

PRINTED ON RECYCLED PAPER
61287137v1

- **DAWN M. CICA**  mstallsworth@BlackLoBello.law;dmcica@gmail.com;dcica@mccnvlaw.com;fevangelista@mccnvlaw.com;kfoley@mccnvlaw.com
- **DONALD H. CRAM**  dhc@severson.com, emr@severson.com;dmg@severson.com
- **HOLLY E ESTES**  hesteslaw@gmail.com
- **LARS EVENSEN**  lkevensen@hollandhart.com, sthompson@hollandhart.com
- **MICHAEL N FEDER**  mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-wright.com;MCarter@dickinson-wright.com
- **THOMAS H. FELL**  tfell@fclaw.com, clandis@fclaw.com
- **SCOTT D. FLEMING**  sfleming@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com
- **CONOR P. FLYNN**  cflynn@armstrongteasdale.com, sdarling@armstrongteasdale.com
- **ERIC D GOLDBERG**  eric.goldberg@dlapiper.com
- **REW R. GOODENOW**  ecf@parsonsbehle.com
- **MARK A. GOODMAN**  mag@kalickicollier.com, sjb@kalickicollier.com
- **STEPHEN R HARRIS**  steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com
- **CHRISTOPHER H. HART**  chart@nutihart.com, nwhite@nutihart.com
- **JEFFREY L HARTMAN**  notices@bankruptcyreno.com, sji@bankruptcyreno.com
- **RICHARD E. HASKIN**  rhaskin@gibbsgiden.com, sberry@gibbsgiden.com;telson@gibbsgiden.com;rjackson@gibbsgiden.com
- **BRIGID M. HIGGINS**  bhiggins@blacklobello.law, mstallsworth@blacklobello.law
- **ELIZABETH A. HIGH**  e.high@lee-high.com, j.mead@lee-high.com
- **RICK R. HSU**  rhsu@mclrenolaw.com
- **LAURA R. JACOBSEN**  ljacobsen@mcdonaldcarano.com, cdavis@mcdonaldcarano.com
- **ORI KATZ**  okatz@sheppardmullin.com
- **JANE KIM**  jkim@kellerbenvenutti.com
- **MICHAEL D. KNOX**  mknox@nvenergy.com
- **CECILIA LEE**  e.high@lee-high.com, j.mead@lee-high.com
- **J. BARRETT MARUM**  bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- **AARON R. MAURICE**  amaurice@klnevada.com, sowens@klnevada.com;bwood@klnevada.com;bankruptcy@klnevada.com
- **JOHN D. MOORE**  john@moore-lawgroup.com, genevieve@moore-lawgroup.com
- **COURTNEY MILLER O'MARA**  comara@fclaw.com, mbyrd@fclaw.com
- **R. SHAWN OLIPHANT**  bankruptcy@renonvlaw.com;dkent@renonvlaw.com
- **DAVID M. POITRAS**  dpoitras@jmbm.com, bt@jmbm.com
- **DEVON T. REESE**  dreese@rkglawyers.com, bfrancis@rkglawyers.com
- **JASON E. RIOS**  jrios@ffwplaw.com, shoang@ffwplaw.com
- **DARA L. SILVEIRA**  dsilveira@kellerbenvenutti.com
- **ALAN R SMITH**  mail@asmithlaw.com
- **WESLEY J. SMITH**  wes@cjmlv.com
- **AMY N. TIRRE**  amy@amytirrelaw.com, admin@amytirrelaw.com
- **U.S. TRUSTEE - RN - 11**  USTPRegion17.RE.ECF@usdoj.gov
- **JOSEPH G. WENT**  JGWent@hollandhart.com, vllarsen@hollandhart.com
- **LAURA J WOLFF**  ljw@cjmlv.com
- **BRITTANY WOOD**  bwood@klnevada.com, sowens@klnevada.com;bankruptcy@klnevada.com
- **RYAN J. WORKS**  rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
- **FRANK J. WRIGHT**  ecfbankruptcy@gardere.com, fwright@gardere.com;emcgee@gardere.com;frank-wright-1492@ecf.pacerpro.com

PRINTED ON RECYCLED PAPER
61287137v1
JMBM Jeffer Mangels Butler & Mitchell LLP

1  ☒ (BY OVERNIGHT DELIVERY) On September 7, 2017, I placed the aforementioned

2  document(s) in a sealed envelope with postage thereon fully prepaid and I caused said envelope to

3  be delivered overnight via an overnight delivery service in lieu of delivery by mail to the

4  addressee(s).

VIA OVERNIGHT MAIL

The Honorable Judge Gregg W. Zive
U.S. Bankruptcy Court - District of Nevada
C. Clifton Young Federal Building
300 Booth Street, Courtroom 1 (5th Floor)
Reno, NV 89509

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: September 7, 2017

*Wilma Escalante* (signature)

Wilma Escalante