_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
September 13, 2017

**DLA PIPER LLP (US)**
ERIC GOLDBERG (CA Bar No. 157544)
eric.goldberg@dlapiper.com
PAUL WASSGREN (NV Bar No. 9216)
paul.wassgren @dlapiper.com
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California  90067-4704
Tel:  310.595.3000
Fax:  310.595.3300

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>NEW CAL NEVA LODGE, LLC,<br><br>Debtor. | CASE NO.  16-51282-gwz<br><br>Chapter 11<br><br>**ORDER ON LAWRENCE INVESTMENTS, LLC'S MOTION TO QUASH SUBPOENA**<br><br><u>Telephonic Hearing</u><br>Date:  September 5, 2017<br>Time:  1:30 p.m. |

At the above-captioned time, the Court held a hearing on shortened notice to consider the Emergency Motion of Lawrence Investments, LLC to Quash Subpoena (ECF #832, the "**Motion**").  The Court considered the Motion and the pleadings filed in support of thereof; the joinder to the Motion filed by the Official Committee of Unsecured Creditors ("**Committee**"); the Objection of Hall CA-NV, LLC To Emergency Motion of Lawrence Investments To Quash Subpoena (ECF #837, the "**Objection**") filed by Hall CA-NV, LLC ("**Hall**") and the pleadings filed in support of the Objection; the record in this case; and the arguments of counsel who appeared at the hearing.  Accordingly,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted to the extent set forth below, and denied in all other respects:

    a. Hall shall be permitted to conduct a single deposition of Lawrence's Fed. R. Civ. P. Rule 30(b)(6) designee regarding the joint plan of liquidation and associated disclosure statement proposed by Lawrence and the Committee ("**Plan**") for the Debtor.  Such deposition shall last no longer than two (2) hours, and shall take place at a date and time to be agreed on by counsel to Hall and Lawrence.

    b. No later than thirty (30) minutes before the scheduled deposition, Lawrence shall produce the following documents to Hall, subject to all applicable evidentiary privileges:  *All documents created or dated during the period from June 1, 2017 up to and including August 7, 2017 that evidence, reflect or pertain to communications regarding the Plan and Lawrence's offer to purchase the Cal Neva Resort between (i) Lawrence (including its agents and counsel) and (ii) the Committee (including its agents and counsel); provided, however, that no drafts of any document shall be required to be produced.*

-2-

Submitted by:

**DLA PIPER LLP (US)**

*/s/ Eric Goldberg*
ERIC GOLDBERG
Attorneys for Lawrence Investments, LLC

Approved as to form:

By: */s/ Frank J. Wright*
Frank J. Wright
Attorneys for Hall CA-NV LLC