# Exhibit R



# First American Title Insurance Company
## National Commercial Services
101 Mission Street, Suite 1600 • San Francisco, CA 94105-1730

Office Phone:(415)837-2200  Office Fax:(415)837-2213

## *Estimated Settlement Statement*
### Amended: Friday Dec 15, 2017  4:51 PM

**File No:** NCS-856729-SF
**Escrow Officer:** Kimberleigh Toci/kt
**Estimated Settlement Date:** 12/28/2017
**Disbursement Date:**

**Property:**
2 Stateline Road, Crystal Bay, NV & 9939 White Cap Lane, 9962 Cal Neva Avenue and 9942 North Lake Blvd., Kings Beach, CA ( Cal Neva Resort, Spa & Casino ) and 9898 Lake Street, Kings Beach, CA ( Fairwinds )

**Buyer:**
SF PACIFIC, LLC                                              CN HOTEL HOLDINGS, LLC
101 Ygnacio Valley Rd., Suite 320, Walnut Creek, CA 94596    101 Ygnacio Valley Road, Suite 320, Walnut Creek, CA 94596

**Seller:**
NEW CAL-NEVA LODGE, LLC
1336-D Oak Street, St. Helena, CA 94574

| Buyer Charge | Buyer Credit | Description | Seller Charge | Seller Credit |
|---:|---:|---|---:|---:|
| | | **Consideration** | | |
| 38,155,000.00 | | Total Consideration | | 38,155,000.00 |
| | | | | |
| | | **Adjustments** | | |
| | 2,000,000.00 | Deposit to be transferred by OCC Counsel | | |
| | | | | |
| | | **Prorations** | | |
| 555.68 | | County Taxes - PIN: 12303101 12/28/17 to 01/01/18 @$12,676.44/qtr | | 555.68 |
| 24.91 | | County Taxes - PIN: 12304406 12/28/17 to 01/01/18 @$568.26/qtr | | 24.91 |
| | 10,635.45 | County Taxes - APN: 090-315-022-000 07/01/17 to 12/28/17 @$10,783.16/semi | 10,635.45 | |
| | 1,813.93 | County Taxes - APN: 090-305-015-000 07/01/17 to 12/28/17 @$1,839.12/semi | 1,813.93 | |
| | 1,468.25 | County Taxes - APN: 090-305-004-000 07/01/17 to 12/28/17 @$1,488.64/semi | 1,468.25 | |
| 13.77 | | County Taxes - APN: 090-321-004-000 12/28/17 to 01/01/18 @$628.39/semi | | 13.77 |
| 146.62 | | County taxes - APN: 090-321-006-510 12/28/17 to 01/01/18 @$6,689.40/semi | | 146.62 |
| 145.29 | | County Taxes - APN: 090-321-006-520 12/28/17 to 01/01/18 @$6,628.94/semi | | 145.29 |
| | 517.14 | County taxes - APN: 090-321-007-000 07/01/17 to 12/28/17 @$524.32/semi | 517.14 | |
| | 4,730.65 | Utilities - NV Energy  11/22/17 to 12/28/17 @$4,039.95/mo | 4,730.65 | |
| | 1,242.14 | Utilities - IVGID 12/19/17 to 12/28/17 @$4,278.47/mo | 1,242.14 | |
| | | | | |
| | | **Payoff Loan(s)** | | |
| | | **Lender: Capital One** | | |
| 3,800,000.00 | | Loan Payoff Amount ( est. ) | | |

## *Estimated Settlement Statement*
### Amended: Friday Dec 15, 2017  4:51 PM

**Settlement Date:**  **File No:**  NCS-856729-SF
**Officer:**           Kimberleigh Toci/kt

| Buyer Charge | Buyer Credit | Description | Seller Charge | Seller Credit |
|---|---|---|---|---|
| | | **Title/Escrow Charges** | | |
| 2,125.00 | | Closing-Escrow Fee / Underwriting Fee ( 1/2 ) - Cal Neva to First American Title Insurance Company National Commercial Services | 2,125.00 | |
| | | Good Standing Certificate - 9898 Lake LLC to First American Title Insurance Company National Commercial Services | 64.00 | |
| 30.00 | | Overnight Delivery Service to First American Title Insurance Company National Commercial Services | | |
| | | Policy-Standard ALTA 2006 Owner's to First American Title Insurance Company National Commercial Services | 22,880.00 | |
| 2,080.00 | | Policy-Extended ALTA 2006 Owner's to First American Title Insurance Company National Commercial Services | | |
| 7,488.00 | | Endorsement (O)  to First American Title Insurance Company National Commercial Services | | |
| 300.00 | | Estimated Recording Fees | | |
| | | | | |
| | | **Disbursements Paid** | | |
| | | **Miscellaneous Disbursement** | | |
| | | Unsecured Property Tax Lien through 12/31/17 to Placer County Treasurer-Tax Collector | 207.65 | |
| | | Defaulted Tax Balance - APN: 090-315-022-000 to Placer County Treasurer-Tax Collector | 54,759.87 | |
| | | Default Tax Balance - APN: 090-305-004-000 to Placer County Treasurer-Tax Collector | 5,880.87 | |
| | | Defaulted Tax Balance - APN: 090-305-015-000 to Placer County Treasurer-Tax Collector | 9,263.69 | |
| | | 1st 2017-18 penalty, APN:090-321-007-000 to Placer County Treasurer-Tax Collector | 52.43 | |
| | | 1st 2017-18 penalty, APN: 090-315-022-000 to Placer County Treasurer-Tax Collector | 1,078.31 | |
| | | 1st 2017-18 penalty,  APN: 090-305-015-000 to Placer County Treasurer-Tax Collector | 183.91 | |
| 524.32 | | 1st 2017-18, APN: 090-321-007-000 to Placer County Treasurer-Tax Collector | | |
| 10,783.16 | | 1st - 2017-18, APN:090-315-022-000  to Placer County Treasurer-Tax Collector | | |
| 1,839.12 | | 1st 2017-18, APN:090-305-015-000 to Placer County Treasurer-Tax Collector | | |
| 1,488.64 | | 1st 2017-18, APN: 090-305-004-000 to Placer County Treasurer-Tax Collector | | |
| | | 1st 2017-18 penalty, APN: 090-305-004-000 to Placer County Treasurer-Tax Collector | 148.86 | |
| | | 1st & 2nd plus penalty 2017 - PIN: 12303101 to Washoe County Treasurer | 27,127.81 | |
| | | 1st Inst. plus penalty 2017 - PIN: 12303109 to Washoe County Treasurer | 6.99 | |
| | | 1st & 2nd plus penalty 2017 - PIN: 12304406 to Washoe County Treasurer | 1,216.29 | |
| | | Plan payment for Province, Inc. to Plan Administrator | 1,475,000.00 | |
| | | Lien Litigation Reserve to Bank of Nevada to Plan Administrator | 120,000.00 | |
| | | Sign-Up & Notary Fees to Bay Area Sign-Ups, Inc. | 200.00 | |
| | | Claims to Penta Building Group, LLC | 8,025,000.00 | |
| | | Roof replacement to Penta Building Group, LLC | 550,000.00 | |

## *Estimated Settlement Statement*
### Amended: Friday Dec 15, 2017  4:51 PM

**Settlement Date:**      **File No:**    NCS-856729-SF
**Officer:**      Kimberleigh Toci/kt

| Buyer Charge | Buyer Credit | Description | Seller Charge | Seller Credit |
|---|---|---|---|---|
| | | Secured & Adminstrative claims (est.) to Hall CA-NV, LLC | 26,855,115.90 | |
| | | Capital One Bank payment to Hall CA-NV, LLC | 655,000.00 | |
| | | Funds due per final demands to IVGID PUBLIC WORKS | 499.83 | |
| | | Funds due to Paul and Evy Paye, LLC | 225,000.00 | |
| | | **Property Tax Check** | | |
| | | Default Taxes - 2015/16 - PIN: 12303101 to Washoe County Treasurer | 100,991.59 | |
| | | Default Taxes - 2016 - PIN: 123031109 to Washoe County Treasurer | 9.75 | |
| | | Default Taxes - 2015/16 - PIN: 12304406 to Washoe County Treasurer | 3,665.96 | |
| | | | | |
| | 39,962,136.95 | **Cash (X From) (  To) Buyer** | | |
| | | **Cash (  To) (  From) Seller** | | |
| | | | | |
| 41,982,544.51 | 41,982,544.51 | Totals | 38,155,886.27 | 38,155,886.27 |

PLEASE NOTE:  A modification of money-transfer or disbursement instructions can be a red flag for Online Banking Fraud and could be a trap for the unwary.  Should we knowingly receive such a modification, in the interest of prudence, we may consider it suspect and call a known and trusted phone number to verify its authenticity and accuracy.  Your awareness and cooperation in taking appropriate steps to prevent fraud is greatly appreciated.

Notice – This Estimated Settlement Statement is subject to changes, corrections or additions at the time of final computation of Escrow Settlement Statement.

See attached signature page