Courtney Miller O'Mara (NV Bar No. 10683)                    Efiled:  May 31, 2018
FENNEMORE CRAIG, P.C.
300 E. 2nd Street, Suite 150
Reno, NV 89501
Telephone:    (775) 788-2200
Facsimile:    (775) 786-1177
Email:    comara@fclaw.com

John D. Fiero  (*admitted pro hac vice*)
Shirley S. Cho (*admitted pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone:    (415) 263-7000
Facsimile:    (415) 263-7010
E-mail:    jfiero@pszjlaw.com
            scho@pszjlaw.com

Counsel for the New Cal-Neva Lodge
Litigation Trust

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 16-51282-gwz |
| NEW CAL-NEVA LODGE, LLC, | Chapter 11 |
| Debtor. | **NOTICE OF HEARING ON MOTION OF LITIGATION TRUST FOR ORDER EXTENDING CLAIMS OBJECTION DEADLINE** |
| | Hearing Date:    June 28, 2018<br>Hearing Time:    2:00 p.m.<br>Place:    C. Clifton Young Building<br>300 Booth Street, Crtrm 1<br>Reno, NV  89509 |

**TO: ALL INTERESTED PARTIES:**

    **PLEASE TAKE NOTICE** that the following is scheduled for **June 28, 2018** at the hour of **2:00 p.m.** before the Honorable Gregg W. Zive, United States Bankruptcy Judge in the Clifton Young Federal Building, at 300 Booth Street, Reno, Nevada:

- Motion of Litigation Trust for Order Extending Claims Objection Deadline (the "Motion").

    The Motion seeks to extend Claims Objection Deadline (as defined in the Motion) from July 9, 2018 to January 31, 2019.

**PLEASE TAKE FURTHER NOTICE** that a copy of the above-referenced Motion is on file with and available from the clerk of the United States Bankruptcy Judge in the Clifton Young Federal Building, at 300 Booth Street, Reno, Nevada 89509; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); or by calling the below counsel.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the requested relief must be filed and served by **June 14, 2018** pursuant to Local Rule 9014(d)(1).  If an objection is not timely filed and served, the relief requested may be granted without a hearing pursuant to Local Rule 9014(d)(3).

> If you object to the relief requested, you *must* file a WRITTEN response to this Objection with the court.  You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse* to allow you to *speak* at the scheduled hearing; and
>
> - The court may *rule against you* without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that if a written response is not timely filed and served, the court may grant the Motion without calling the matter and without receiving arguments or evidence.  If a response is timely filed and served, the court may treat the initial hearing as a status and scheduling hearing.

**PLEASE TAKE FURTHER NOTICE** that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

Dated:  May 31, 2018

/s/ Courtney Miller O'Mara
_____
Courtney Miller O'Mara (NV Bar No. 10683)
FENNEMORE CRAIG, P.C.
300 E. 2nd Street
Reno, NV 89501
Telephone:     (775) 788-2200
Facsimile:     (775) 786-1177
Email:         tfell@fclaw.com
               comara@fclaw.com

DOCS_SF:96967.2 59941/002

1

2 John D. Fiero (CA Bar No. 136557)
(*admitted pro hac vice*)

3 Shirley S. Cho (CA Bar No. 192616)
(*admitted pro hac vice*)

4 PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor

5 San Francisco, CA 94111
Telephone:    (415) 263-7000

6 Facsimile:    (415) 263-7010
E-mail:        jfiero@pszjlaw.com

7               scho@pszjlaw.com

8 Counsel for the New Cal-Neva Lodge
Litigation Trust

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCS_SF:96967.2 59941/002