Courtney Miller O'Mara (NV Bar No. 10683)
FENNEMORE CRAIG, P.C.
300 E. 2nd Street, Suite 150
Reno, NV 89501
Telephone:   (775) 788-2200
Facsimile:    (775) 786-1177
Email:          comara@fclaw.com

John D. Fiero  (*admitted pro hac vice*)
Shirley S. Cho (*admitted pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone:   (415) 263-7000
Facsimile:    (415) 263-7010
E-mail:         jfiero@pszjlaw.com
                    scho@pszjlaw.com

Counsel for the New Cal-Neva Lodge
Litigation Trust

Efiled:  June 1, 2018

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NEW CAL-NEVA LODGE, LLC,<br><br>                              Debtor. | Case No. 16-51282-gwz<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON LITIGATION TRUST'S OMNIBUS OBJECTION TO CLAIMS (PAID/SATISFIED)**<br><br>Hearing Date:   August 21, 2018<br>Hearing Time:  2:00 p.m.<br>Place:              C. Clifton Young Building<br>                        300 Booth Street<br>                        Courtroom 1<br>                        Reno, NV  89509 |

**TO: ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the following is scheduled for **August 21, 2018** at the hour of **2:00 p.m.** before the Honorable Gregg W. Zive, United States Bankruptcy Judge in the Clifton Young Federal Building, at 300 Booth Street, Reno, Nevada:

- *Litigation Trust's Omnibus Objection to Claims (Paid/Satisfied)* [Docket 1129] (the "Objection").

1  The Objection seeks entry of an order (i) marking each of the Paid/Satisfied Claims as
2  satisfied on the claims register or (ii) disallowing and expunging in full each of the Paid/Satisfied
3  Claims.

4  **PLEASE TAKE FURTHER NOTICE** that a copy of the above-referenced Objection is on
5  file with and available from the clerk of the United States Bankruptcy Judge in the Clifton Young
6  Federal Building, at 300 Booth Street, Reno, Nevada 89509; via the bankruptcy court's website at
7  www.nvb.uscourts.gov (a PACER account is required); or by calling the below counsel.

8  **PLEASE TAKE FURTHER NOTICE** that any opposition to the requested relief must be
9  filed and served by **August 7, 2018** pursuant to Local Rule 9014(d)(1).  If an objection is not timely
10 filed and served, the relief requested may be granted without a hearing pursuant to Local Rule
11 9014(d)(3).

> If you object to the relief requested, you *must* file a WRITTEN response to this Objection with the court.  You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse* to allow you to *speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

19 **PLEASE TAKE FURTHER NOTICE** that if a written response is not timely filed and
20 served the court may grant the Objection without calling the matter and without receiving arguments
21 or evidence.  If a response is timely filed and served, the court may treat the initial hearing as a status
22 and scheduling hearing.

23 **PLEASE TAKE FURTHER NOTICE** that this hearing may be continued from time to
24 time without further notice except for the announcement of any adjourned dates and time at the
25 above noticed hearing or any adjournment thereof.

26 Dated:  June 1, 2018

*/s/ Courtney Miller O'Mara*

Courtney Miller O'Mara (NV Bar No. 10683)
FENNEMORE CRAIG, P.C.

2

DOCS_SF:96967.1 59941/002

|   |                                                                 |
|---|-----------------------------------------------------------------|
| 1 | 300 E. 2nd Street |
| 2 | Reno, NV 89501<br>Telephone:    (775) 788-2200 |
|   | Facsimile:     (775) 786-1177 |
| 3 | Email:          tfell@fclaw.com |
|   |                 comara@fclaw.com |
| 4 |   |
| 5 | John D. Fiero (CA Bar No. 136557) |
|   | (*admitted pro hac vice*) |
| 6 | Shirley S. Cho (CA Bar No. 192616) |
|   | (*admitted pro hac vice)* |
| 7 | PACHULSKI STANG ZIEHL & JONES LLP |
|   | 150 California Street, 15th Floor |
| 8 | San Francisco, CA 94111 |
|   | Telephone:    (415) 263-7000 |
| 9 | Facsimile:     (415) 263-7010 |
|   | E-mail:         jfiero@pszjlaw.com |
| 10|                 scho@pszjlaw.com |
| 11| Counsel for the New Cal-Neva Lodge |
|   | Litigation Trust |

3