NVB 5075–5 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–16–51282–gwz |
| | CHAPTER 11 |
| NEW CAL–NEVA LODGE, LLC | |
| Debtor(s) | ORDER ENTERING FINAL DECREE |

It appearing that this Court's continuing jurisdiction is no longer necessary and that the case has been fully administered,

**IT IS ORDERED** that a Final Decree is entered closing this case without prejudice to the reopening of this case for further administration.

Dated: 8/11/20

*Mary A. Schott*

Mary A. Schott
Clerk of Court